IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **MIAMI VALLEY HOUSING CENTER, INC.** | : | Case No. 3:10-CV-230 |
| Plaintiff, | : | Magistrate Judge Sharron L. Ovington |
| | : | Magistrate Judge Michael J. Newman (Mediation) |
| -vs- | : | |
| **CAMPUS VILLAGE WRIGHT STATE, LLC**, *et al.*, | : | |
| Defendants. | | |

**ORDER DENYING DEFENDANT COLE + RUSSELL ARCHITECTS, INC.'S MOTION TO RELIEVE ITS INSURANCE REPRESENTATIVE FROM IN-PERSON ATTENDANCE AT DECEMBER 13, 2012 MEDIATION (Doc. 55)**

Presently before the Court is a motion by Defendant Cole + Russell Architects ("Cole") to excuse its Insurance Representative from attending in-person the mediation scheduled on December 13, 2012.  Doc. 55.  The only reason Defendant Cole cites in its memorandum is that the cost of travelling from Orange, California would be a "significant expense" for its insurance carrier, The Travelers Companies, Inc.  *Id*.

As of the date of this Order, round-trip flights from the greater Los Angeles area to Dayton, Ohio during the days before and after the mediation are under $250.  Given that this matter involves numerous claimants and cross-claimants – all of whom are required to appear in-person – and that round-trip airfare can be purchased for under $250, the Court finds Defendant Cole's request on behalf of The Travelers Companies to be without merit.  Accordingly, Defendant Cole's motion is **DENIED**.

    **IT IS SO ORDERED.**

November 16, 2012                                                    s/Michael J. Newman
                                                                                  United States Magistrate Judge