IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., | : | Case No. 3:10-cv-230 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | | Magistrate Judge Michael J. Newman (Mediator) |
| CAMPUS VILLAGE WRIGHT STATE, LLC, *et al.* | : | |
| Defendants. | : | |

### ORDER

The Court having been advised by mediator U.S. Magistrate Judge Michael J. Newman that the parties need additional time to consummate the settlement in above-captioned matter, the Court hereby **EXTENDS** until **May 3, 2013** the period during which the parties may, upon good cause shown reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

March 15, 2013

                s/ Sharon L. Ovington
                 Sharon L. Ovington
              Chief United States Magistrate Judge