**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., | : | Case No. 3:10-cv-230 |
| Plaintiff, | : | Chief Magistrate Judge Sharon L. Ovington (Consent Case) |
| vs. | | Magistrate Judge Michael J. Newman (Mediator) |
| CAMPUS VILLAGE WRIGHT STATE, LLC, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

The Court, having been advised by mediator U.S. Magistrate Judge Michael J. Newman that counsel for all parties met with him in chambers on June 5, 2013 and resolved with finality the language of their settlement agreement, and also having been advised that the agreement needs to be approved by a third party, hereby **EXTENDS** *NUNC PRO TUNC* the previously entered Conditional Dismissal Order (Doc. # 57) for sixty (60) days, until **August 2, 2013**.

IT IS SO ORDERED.

June 6, 2013

                                                                           s/ Sharon L. Ovington
                                                                           Sharon L. Ovington
                                                               Chief United States Magistrate Judge