# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC., | Case No. 3:10cv230 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington |
| v. | AGREED FINAL ORDER |
| CAMPUS VILLAGE WRIGHT STATE, LLC, et al., | |
| Defendants | |

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their Settlement Agreement, which is incorporated herein by reference.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorney fees and costs.

SO ORDERED:

*/s/ Sharon L. Ovington*
Judge Sharon L. Ovington
Magistrate Judge

Date: 8-8-13

Initials *DSA*

**AGREED:**

_____ 8/7/13
Matthew Brownfield
Attorney for Miami Valley Fair Housing Center, Inc.

_____ 8/7/13
Gary L. Herfel
David M. Duwel
Attorneys for Cole + Russell Architects, Inc.

_____ 8/7/13
Stephen A. Watring
Attorney for Campus Village Wright State, LLC

_____ 8/7/13
Stephen A. Watring
Attorney for Campus Village Toledo, LLC

_____ 8/7/13
Stephen A. Watring
Attorney for Campus Village Management, LLC

_____ 8/7/13
Stephen A. Watring
Attorney for SAF Construction Services, LLC

Initials O3A